# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154407

EUGENE MCKINNEY,

Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
and CARSON CITY CORRECTIONAL
FACILITY WARDEN,

Defendants-Appellees.

SC: 154407
COA: 332893
Montcalm CC: 2016-021040-AH

_____/

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 15, 2016, the Clerk of the Court is hereby directed to close the file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2016

Clerk

jam